CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN TYZ (CSB NO. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
LSI Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 11-cv-02709 EMC <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSIVE PLEADING** ; ORDER <br><br> Trial Date: None set |

1   Pursuant to Civil Local Rule 6-1(a), Plaintiff Barnes & Noble, Inc. ("Barnes & Noble")
2   and Defendant LSI Corporation ("LSI"), by and through their respective counsel of record,
3   hereby stipulate and agree as follows:
4   WHEREAS, Barnes & Noble served its Complaint for Declaratory Judgment of Patent
5   Non-Infringement ("Complaint") on June 6, 2011;
6   WHEREAS, the deadline for LSI to answer or otherwise respond to the Complaint is June
7   27, 2011; and
8   WHEREAS, both parties have agreed that the time for LSI to answer or otherwise respond
9   to the Complaint should be extended by 30 days.
10   THE PARTIES HEREBY STIPULATE that LSI shall have until July 27, 2011 to answer
11   or otherwise respond to the Complaint.

12   Dated: June 16, 2011                           FENWICK & WEST LLP

14                                                  By: */s/ Ryan Tyz*
15                                                      Ryan Tyz
                                                        Attorneys for Defendant
16                                                      LSI Corporation

17   Dated: June 16, 2011                           QUINN EMANUEL URQUHART OLIVER &
                                                    HEDGES, LLP

19                                                  By: */s/ David Eiseman*
20                                                      David Eiseman
                                                        Attorneys for Plaintiff
21                                                      Barnes & Noble, Inc.

23   IT IS SO ORDERED:

25   _____
     Edward M. Chen
26   U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION EXTENDING TIME                         2                         11-CV-02709 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 16, 2011						FENWICK & WEST LLP


						By: */s/ Ryan Tyz*
						    Ryan Tyz
						    Attorneys for Defendant
						    LSI Corporation