CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN TYZ (CSB NO. 234895)
rtyz@fenwick.com
RAVI RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI CORPORATION and
AGERE SYSTEMS INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
Shon Morgan (Bar No. 187736)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com
       shonmorgan@quinnemanuel.com

David Eiseman (Bar No. 114758)
Melissa J. Baily (Bar No. 237649)
Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
       melissabaily@quinnemanuel.com
       carlanderson@quinnemauel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RULE 26(F) REPORT AND RULE 26(A)(1) INITIAL DISCLOSURES**<br><br>Trial Date: None set    ORDER |

STIPULATION EXTENDING TIME                                                              11-CV-02709 EMC

Pursuant to Local Rule 6-1(a), Plaintiffs Barnes & Noble, Inc. and Barnesandnoble.com LLC ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 29, 2011, counsel for the Parties conferred by telephone pursuant to Fed. R. Civ. P. 26(f) to discuss the Parties' respective claims and defenses, the possibility of settlement, to arrange for initial disclosures, and to develop a proposed discovery plan;

WHEREAS, the deadline for the Parties to submit a report pursuant to Fed. R. Civ. P. 26(f) outlining the Parties' agreed-upon discovery plan is currently September 12, 2011;

WHEREAS, the Court, per the Amended Clerk's Notice dated August 31, 2011 [Dkt. No. 49], ordered the Parties to file a joint case management conference statement by September 30, 2011;

WHEREAS, the Parties have agreed that they shall file their report outlining the Parties' agreed-upon discovery plan pursuant to Fed. R. Civ. P. 26(f) concurrently with the Parties' joint case management conference statement by September 30, 2011;

WHEREAS, the deadline for the Parties to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is currently September 12, 2011;

WHEREAS, the Parties have agreed that they shall have until fourteen (14) days from the date of the Court's order regarding Defendants' motions to dismiss or, in the alternative, to transfer [Dkt. Nos. 21, 45] to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1);

THE PARTIES HEREBY STIPULATE that they shall have until September 30, 2011 to file their report pursuant to Fed. R. Civ. P. 26(f) and shall have until fourteen (14) days from the date of the Court's order regarding Defendants' motions to dismiss or, in the alternative, to transfer [Dkt. Nos. 21, 45] to serve their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

| | | |
|---|---|---|
| 1 | Dated: September 12, 2011 | FENWICK & WEST LLP |
| 3 | | By: */s/ Ryan Tyz* |
| 4 | | Ryan Tyz<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems Inc. |
| 6 | Dated: September 12, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>Barnesandnoble.com LLC |

IT IS SO ORDERED.

_____
Edward N. Chen
U.S. District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 12, 2011          FENWICK & WEST LLP

                                   By: */s/ Ryan Tyz*
                                       Ryan Tyz
                                       Attorneys for Defendants
                                       LSI Corporation and Agere Systems Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION EXTENDING TIME          4          11-CV-02709 EMC