| | |
|---|---|
| 1    QUINN EMANUEL URQUHART & SULLIVAN, LLP | CHARLENE M. MORROW (CSB NO. 136411) |
| 2      John B. Quinn (Bar No. 90378) | cmorrow@fenwick.com |
|         Shon Morgan (Bar No. 187736) | VIRGINIA K. DEMARCHI (CSB NO. |
| 3    865 S Figueroa St 10th Floor | 168633) |
|      Los Angeles, CA 90017 | vdemarchi@fenwick.com |
| 4    Telephone: (213) 443-3000 | HECTOR J. RIBERA (CSB NO. 221511) |
|      Facsimile: (213) 443-3100 | hribera@fenwick.com |
| 5    Email: johnquinn@quinnemanuel.com | RYAN TYZ (CSB NO. 234895) |
|              shonmorgan@quinnemanuel.com | rtyz@fenwick.com |
| 6 | RAVI RANGANATH (CSB NO. 272981) |
|       David Eiseman (Bar No. 114758) | rranganath@fenwick.com |
| 7     Melissa J. Baily (Bar No. 237649) | FENWICK & WEST LLP |
|       Carl G. Anderson (Bar No. 239927) | Silicon Valley Center |
| 8    50 California Street, 22nd Floor | 801 California Street |
|      San Francisco, California 94111 | Mountain View, California 94041 |
| 9    Telephone: (415) 875 6600 | Telephone: (650) 988-8500 |
|      Facsimile: (415) 875 6700 | Facsimile: (650) 938-5200 |
| 10   Email: davideiseman@quinnemanuel.com | |
|              melissabaily@quinnemanuel.com | Attorneys for Defendants |
| 11           carlanderson@quinnemanuel.com | LSI Corporation and |
| | Agere Systems Inc. |
| 12   Attorneys for Plaintiffs | |
|      Barnes & Noble, Inc. and | |
| 13   barnesandnoble.com llc | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC, | Case No. 11-cv-02709 EMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR PATENT LOCAL RULE DISCLOSURES** |
| v. | |
| LSI CORPORATION and AGERE SYSTEMS INC., | Trial Date: None set |
| Defendants. | |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and Barnesandnoble.com LLC ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

STIPULATION REGARDING TIME FOR
PATENT LOCAL RULE DISCLOSURES                                                               11-CV-02709 EMC

1  WHEREAS, on September 30, 2011 the Parties filed a Joint Case Management Statement
2  and Rule 26 Report [Dkt. No. 58], proposing a case schedule that provided, *inter alia*, for
3  Defendants' disclosure of asserted claims and infringement contentions on December 27, 2011;

4  WHEREAS, following the Court's Order denying Defendants' Motion to Dismiss or, in
5  the Alternative, to Transfer Venue [Dkt. No. 61], on November 1, 2011 Defendants filed their
6  Answer to the Amended Complaint and Counterclaims [Dkt. No. 62] asserting claims for patent
7  infringement;

8  WHEREAS, the Court, by Order dated November 2, 2011 [Dkt. No. 63], set a Case
9  Management Conference in this matter for January 20, 2012;

10  WHEREAS, in view of the provisions of Patent L.R. 3-5(a), the Parties agree that
11  Defendants shall have until February 3, 2012, fourteen days after the scheduled Case
12  Management Conference, to serve their Disclosure of Asserted Claims and Infringement
13  Contentions pursuant to Patent L.R. 3-1 and 3-5 and produce documents pursuant to Patent L.R.
14  3-2;

15  WHEREAS, the Parties do not expect that this proposed date will impact the schedule
16  ultimately set by the Court or alter the date of any event or deadline already fixed by Court Order;

17  THE PARTIES HEREBY STIPULATE that Defendants shall have until February 3, 2012
18  to serve their Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent
19  L.R. 3-1 and 3-5 and produce documents pursuant to Patent L.R. 3-2.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2011 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | |     Ravi Ranganath<br>    Attorneys for Defendants |
| 5 | |     LSI Corporation and Agere Systems Inc. |
| 6 | Dated: November 14, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ Carl G. Anderson*
    Carl G. Anderson
    Attorneys for Plaintiffs
    Barnes & Noble, Inc. and
    barnesandnoble.com LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Edward M. Chen
United States ...

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION REGARDING TIME
FOR PATENT LOCAL RULE                3                11-CV-02709 EMC
DISCLOSURES

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: November 14, 2011             FENWICK & WEST LLP


                                     By: */s/ Ravi Ranganath*
                                         Ravi Ranganath
                                         Attorneys for Defendants
                                         LSI Corporation and Agere Systems Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION REGARDING TIME
FOR PATENT LOCAL RULE           4                    11-CV-02709 EMC
DISCLOSURES