| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  John B. Quinn (Bar No. 90378)<br>  Shon Morgan (Bar No. 187736)<br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: johnquinn@quinnemanuel.com<br>         shonmorgan@quinnemanuel.com<br><br>  David Eiseman (Bar No. 114758)<br>  Melissa J. Baily (Bar No. 237649)<br>  Carl G. Anderson (Bar No. 239927)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700<br>Email: davideiseman@quinnemanuel.com<br>         melissabaily@quinnemanuel.com<br>         carlanderson@quinnemanuel.com<br><br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc | CHARLENE M. MORROW (CSB NO. 136411)<br>cmorrow@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB NO. 168633)<br>vdemarchi@fenwick.com<br>HECTOR J. RIBERA (CSB NO. 221511)<br>hribera@fenwick.com<br>RYAN TYZ (CSB NO. 234895)<br>rtyz@fenwick.com<br>RAVI RANGANATH (CSB NO. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>Attorneys for Defendants<br>LSI Corporation and<br>Agere Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>          Plaintiffs,<br><br>      v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>          Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR PATENT LOCAL RULE DISCLOSURES**<br><br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and Barnesandnoble.com LLC ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1  WHEREAS, the Court, by Order dated November 2, 2011 [Dkt. No. 63], set a Case Management Conference in this matter for January 20, 2012, and required the Parties to file a joint case management conference statement by January 13, 2012;

WHEREAS, the Court, by Order dated November 16, 2011 [Dkt. No. 65], granted the Parties' Joint Stipulation giving Defendants until February 3, 2012 to serve their Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-5 and produce documents pursuant to Patent L.R. 3-2;

WHEREAS, the Parties agree that Defendants shall have a sixty day extension until April 3, 2012 to serve their Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-5 and produce documents pursuant to Patent L.R. 3-2;

WHEREAS, the Parties further agree that all other deadlines for disclosures pursuant to the Court's Patent Local Rules shall likewise be extended by a period of sixty days, and that the Parties will provide the Court a complete proposed case schedule in conjunction with their Joint Case Management Statement and Rule 26 Report;

WHEREAS, Defendants believe this extension is appropriate in view of the pending status of the protective order and Plaintiffs' recently released model of the accused NOOK$^{TM}$ devices;

WHEREAS, the Parties do not expect that these proposed extensions will impact the schedule ultimately set by the Court or alter the date of any event or deadline already fixed by Court Order, with the exception of the date set forth in the Court's November 16, 2011 Order granting the Parties' prior Joint Stipulation [Dkt. No. 65];

THE PARTIES HEREBY STIPULATE that Defendants shall have until April 3, 2012 to serve their Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-5 and produce documents pursuant to Patent L.R. 3-2, all other deadlines for disclosures pursuant to the Court's Patent Local Rules shall likewise be extended by a period of sixty days, and the Parties will provide the Court a case schedule providing a complete proposed case schedule in conjunction with their Joint Case Management Statement and Rule 26 Report.

/ / /
/ / /

Dated: December 23, 2011              FENWICK & WEST LLP

                                      By: */s/ Ravi Ranganath*
                                          Ravi Ranganath
                                          Attorneys for Defendants
                                          LSI Corporation and Agere Systems Inc.

Dated: December 23, 2011              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By: */s/ Carl G. Anderson*
                                          Carl G. Anderson
                                          Attorneys for Plaintiffs
                                          Barnes & Noble, Inc. and
                                          barnesandnoble.com LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

---

STIPULATION REGARDING TIME FOR PATENT LOCAL RULE DISCLOSURES       3       CASE NO.: 11-CV-02709 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 23, 2011                FENWICK & WEST LLP


By: */s/ Ravi Ranganath*
    Ravi Ranganath
    Attorneys for Defendants
    LSI Corporation and Agere Systems Inc.