QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 90378)
  Shon Morgan (Bar No. 187736)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com
       shonmorgan@quinnemanuel.com

  David Eiseman (Bar No. 114758)
  Melissa J. Baily (Bar No. 237649)
  Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
       melissabaily@quinnemanuel.com
       carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RYAN TYZ (CSB NO. 234895)
rtyz@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
YIXIN ZHANG (CSB NO. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PRO~~PO~~SED] ORDER MODIFYING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None set |

Pursuant to Local Rules 6-2, 7-12, and 16-2(e), Plaintiffs Barnes & Noble, Inc. and Barnesandnoble.com LLC ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1  WHEREAS, the Court, by Order dated November 2, 2011 [Dkt. No. 63], set a Case
2  Management Conference in this matter for January 20, 2012 at 9:00 AM, and required the Parties
3  to file a Joint Case Management Conference Statement and Rule 26 Report by January 13, 2012;

4  WHEREAS, on December 22, 2011, Defendants noticed their Motion to Strike Plaintiffs'
5  Third, Fourth, Fifth, Sixth, and Eighth Affirmative Defenses ("Motion to Strike") [Dkt. No. 71]
6  for January 27, 2012 at 1:30 PM;

7  WHEREAS, the Parties agree that, in the interest of efficiency and to save the Court's
8  time, the Case Management Conference currently set for January 20, 2012 at 9:00 AM shall be
9  reset for January 27, 2012 at 1:30 PM, following the hearing on Defendants' Motion to Strike,
10 and the Parties shall file their Joint Case Management Conference Statement by January 20, 2012;

11 WHEREAS, the Parties do not expect that this proposed modification will impact the
12 schedule ultimately set by the Court or alter the date of any event or deadline already fixed by
13 Court Order;

14 THE PARTIES HEREBY STIPULATE that the Case Management Conference currently
15 set for January 20, 2012 at 9:00 AM shall be reset for January 27, 2012 at 1:30 PM, following the
16 hearing on Defendants' Motion to Strike, and the Parties shall file their Joint Case Management
17 Statement and Rule 26 Report by January 20, 2012.

18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: January 6, 2012 | FENWICK & WEST LLP |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | | Ravi Ranganath<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems Inc. |
| 5 | Dated: January 6, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Edward M. Chen
United States

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

STIPULATION MODIFYING DATE OF CASE MANAGEMENT CONFERENCE    3    CASE NO.: 11-CV-02709 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 6, 2012            FENWICK & WEST LLP


By: */s/ Ravi Ranganath*
    Ravi Ranganath
    Attorneys for Defendants
    LSI Corporation and Agere Systems Inc.