| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  John B. Quinn (Bar No. 90378)<br>  Shon Morgan (Bar No. 187736)<br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  johnquinn@quinnemanuel.com<br>           shonmorgan@quinnemanuel.com<br><br>  David Eiseman (Bar No. 114758)<br>  Melissa J. Baily (Bar No. 237649)<br>  Carl G. Anderson (Bar No. 239927)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875 6600<br>Facsimile:  (415) 875 6700<br>Email: davideiseman@quinnemanuel.com<br>          melissabaily@quinnemanuel.com<br>          carlanderson@quinnemanuel.com<br><br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc | CHARLENE M. MORROW (CSB NO. 136411)<br>cmorrow@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB NO. 168633)<br>vdemarchi@fenwick.com<br>HECTOR J. RIBERA (CSB NO. 221511)<br>hribera@fenwick.com<br>RAVI RANGANATH (CSB NO. 272981)<br>rranganath@fenwick.com<br>YIXIN ZHANG (CSB No. 270527)<br>yzhang@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California  94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Attorneys for Defendants<br>LSI Corporation and<br>Agere Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>            Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDMENT TO JANUARY 31, 2012 CASE MANAGEMENT ORDER**<br><br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and Barnesandnoble.com LLC ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth

STIPULATION REGARDING TIME FOR PATENT LOCAL RULE DISCLOSURES        CASE NO.:  11-CV-02709 EMC

below.

WHEREAS, the Court, by Order dated January 31, 2012 [Dkt. No. 84], issued a Case Management Order setting forth the case schedule, providing that infringement contentions are due on April 3, 2012;

WHEREAS, Defendants moved for entry of a protective order on November 30, 2011 [Dkt. No. 67];

WHEREAS, the Honorable United States Magistrate Judge Laurel Beeler issued an order on February 23, 2012 [Dkt. No. 88], which requested additional submissions by the parties regarding the form of the protective order on March 14, 2012;

WHEREAS, the Parties' dispute regarding the form of protective order has not yet been resolved;

WHEREAS, Defendants have sought discovery from Plaintiffs regarding the design and operation of the accused devices, but Plaintiffs have not yet completed their production of documents responsive to this discovery;

WHEREAS, Defendants have requested such technical documents via subpoena from third parties, several of whom have objected to the subpoenas and withheld responsive technical information sought by the subpoenas pending the entry of a protective order;

WHEREAS, Defendants believe that the technical documents they seek are necessary for the completion of Defendants' infringement contentions;

WHEREAS, Defendants contend, for the reasons set forth herein and those provided in the accompanying Declaration of Ravi Ranganath in Support of the Joint Stipulation Regarding First Amendment to January 31, 2012 Case Management Order, that an extension of the Patent Local Rule disclosure deadlines, including the deadline to serve infringement contentions, is necessary in light of Defendants' inability to obtain technical documents due largely to the pending motion practice with regard to the protective order;

WHEREAS, Plaintiffs are amenable to such an extension but note that the remaining deadlines set out in the Case Management Order would also need to be extended to accommodate Plaintiffs' request;

1   THE PARTIES HEREBY STIPULATE that, in view of the foregoing, the deadlines for
2   disclosures pursuant to the Court's Patent Local Rules shall be extended approximately fifteen
3   weeks, subject to the Court's approval and schedule, as provided below:

| Event | Proposed Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production | 7/23/12 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | 9/24/12 |
| Exchange Proposed Terms and Claim Elements for Construction | 10/25/12 |
| Exchange Preliminary Claim Constructions and Supporting References | 11/15/12 |
| File Joint Claim Construction and Prehearing Statement | 12/13/12 |
| ADR Deadline | 12/21/12 |
| Completion of Claim Construction Discovery | 1/10/13 |
| Serve and File Opening Claim Construction Brief | 1/24/13 |
| Serve and File Claim Construction Response Brief | 2/7/13 |
| Serve and File Claim Construction Reply Brief | 2/14/13 |
| Serve and File Claim Construction Sur-Reply Brief | 2/21/13 |
| Tutorial (subject to the Court's availability) | 2/25/13 & 2/26/13 & 2/28/13 (1/2 days)* |
| Claim Construction Hearing (subject to the Court's availability) | 3/11/13, 3/12/13 & 3/13/13 & 3/14/13 (3/13- 1/2 day)* |

*Tutorial:  Feb. 25, 26 and 28, 2012 (2:30-4:30 p.m.)
*Claim Construction Hearing:  March 11, 12 and 14, 2013 (9:30 - 4:30 p.m.); March 13 (9:30 - 1:30 p.m.)

| | | |
|---|---|---|
| 1 | Dated: March 21, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Charlene M. Morrow* |
| 4 | | Charlene M. Morrow<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems Inc. |
| 5 | | |
| 6 | Dated: March 21, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | By: */s/ Melissa J. Baily* |
| 9 | | Melissa J. Baily<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Edward M. Chen
United States

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 21, 2012              FENWICK & WEST LLP

By: */s/ Charlene M. Morrow*
    Charlene M. Morrow
    Attorneys for Defendants
    LSI Corporation and Agere Systems Inc.