1 | CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
2 | VIRGINIA K. DEMARCHI (CSB No. 168633)
vdemarchi@fenwick.com
3 | HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
4 | RAVI RANGANATH (CSB No. 272981)
rranganath@fenwick.com
5 | YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
6 | FENWICK & WEST LLP
Silicon Valley Center
7 | 801 California Street
Mountain View, CA  94041
8 | Telephone:     650.988.8500
Facsimile:     650.938.5200

THOMAS H. BECK (*pro hac vice*)
tbeck@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:    212.839.5300
Facsimile:    212.839.5599

DIANE GABL (CSB No. 268944)
dgabl@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Suite 100
Palo Alto, CA, CA 94304
Telephone:    650.565.7000
Facsimile:    650.565.7100

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>Defendants. | Case No.: 11-CV-02709 EMC<br><br>**[PROPOSED] REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**<br><br>The Hon. Laurel Beeler |

THE UNITED STATES DISTRICT COURT for the Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan and requests international assistance to obtain evidence to be used in a Civil proceeding before this Court in the above captioned matter.

## I. **REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan compel production of documents attached hereto from this corporate entity:

**CyberTAN Technology, Inc.**
**99 Park Avenue III,**
**Science Park, Hsinchu 308 Taiwan**

The Court requests that CyberTAN produce the documents and things as specifically set out in Exhibit A to this Request. The Court understands the confidential nature of the documents requested from CyberTAN. As such, there is an interim protective order in this case to protect the confidentiality of any documents CyberTAN produces. The parties are negotiating a more detailed protective order. If the Court enters a new order, it will be sent separately.

## II. **FACTS**

Barnes & Noble, Inc. and Barnesandnoble.com LLC (collectively "B&N") filed suit against LSI Corporation and Agere Systems Inc. (collectively "Defendants") in United States District Court for the Northern District of California seeking a declaratory judgment that their NOOK™ line of eBook readers does not infringe certain of LSI's patents, namely United States Patent Nos. 6,707,867; 5,862,182; 6,404,732; 6,452,958; 7,583,582; 7,477,633; 5,546,420; 5,920,552; 6,044,073; 5,670,730; and 6,119,091. LSI has counterclaimed, seeking damages for Barnes & Noble's infringement of these patents.

Barnes & Noble has represented that the components relating to the technology disclosed in the patents-in-suit are produced by third parties, and it therefore is unable to produce relevant technical documentation to Defendants. Through an investigation, Defendants have discovered

that CyberTAN Technology, Inc. produces a component used in the infringing products. Thus, it appears that CyberTAN possesses information of relevance to this patent litigation, including information related to: (1) the design and operation of the devices it produces for use in the NOOK™ products; and (2) the implementation of wireless standards in these devices.

### III. EVIDENCE

The documents to be produced are identified in Exhibit A. The Court's interim protective order in this case protects the confidentiality of any documents CyberTAN produces.

### IV. OFFER OF RECIPROCAL ASSISTANCE

The United States District Court of the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan. See 28 U.S.C. § 1782.

### V. REIMBURSEMENT FOR COSTS

LSI Corporation's counsel (Thomas Beck of Sidley Austin LLP, 787 Seventh Ave., New York, NY 10019) is willing to reimburse the judicial authorities of Taiwan for reasonable costs incurred in executing the U.S. District Court's Letter of Request.

Dated: _____, 2012

Laurel Beeler
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
U.S.A.