UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BARNES AND NOBLE, INC., et al.,<br><br>               Plaintiffs,<br>   v.<br>LSI CORPORATION, et al.,<br><br>              Defendants.<br>_____/ | No. C 11-02709 EMC (LB)<br><br>**INTERIM ORDER REGARDING THE PARTIES' JOINT DISCOVERY LETTER DATED APRIL 9, 2012**<br><br>[Re: ECF No. 97] |

Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com LLC (collectively, "B&N") filed the instant action seeking a declaratory judgment of non-infringement and patent invalidity against defendants LSI Corporation and Agere Systems, Inc. (collectively, "Defendants"). Original Complaint, ECF No. 1.[1] Defendants answered B&N's First Amended Complaint and brought counterclaims against B&N for patent infringement. Answer and Counterclaims, ECF No. 62.

On April 9, 2012, the parties filed a joint letter describing their fifth (so far) discovery dispute. 4/9/2012 Joint Letter, ECF No. 97. This time, the parties dispute whether Defendants may disclose certain of B&N's confidential information to Defendants' chosen technical expert, Dr. Kevin Negus. *Id.* at 1.

Upon review of the parties' joint letter and the attached documents, the court sees fit to order

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-02709 EMC (LB)
ORDER RE: 4/9/2012 JOINT LETTER

further action. Specifically, the court orders the following:

1. Defendants shall make a good faith attempt to assist Dr. Negus request a limited waiver of his confidentiality obligations regarding the three unidentified engagements.

2. Should Dr. Negus be unable to obtain a such a waiver of his confidentiality obligations, the parties shall file by May 25, 2012 a joint letter, not to exceed 2 pages, that summarizes the parties' positions <u>and</u> sets forth each parties' proposed compromise.

3. In preparing the joint letter, the parties' lead counsel (Charlene M. Morrow for Defendants, and John B. Quinn for B&N) shall meet and confer in person. Lead counsel may meet and confer via email or telephone to choose a location for their in-person meet and confer.

4. In addition to the joint letter, Defendants and/or Dr. Negus shall submit for *in camera* review the identities of the entities involved with the three unidentified engagements, and B&N shall submit for *in camera* review a list of its competitors and/or potential competitors.

The Court then will review the parties' two-page joint letter and determine whether future proceedings are necessary. This kind of conflict issue can be resolved easily in a way that protects each party's confidentiality concerns.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02709 EMC (LB)
ORDER RE: 4/9/2012 JOINT LETTER

2