| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  John B. Quinn (Bar No. 90378)<br><br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  johnquinn@quinnemanuel.com<br><br>  David Eiseman (Bar No. 114758)<br>  Melissa J. Baily (Bar No. 237649)<br>  Carl G. Anderson (Bar No. 239927)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875 6600<br>Facsimile:  (415) 875 6700<br>Email: davideiseman@quinnemanuel.com<br>         melissabaily@quinnemanuel.com<br>         carlanderson@quinnemanuel.com<br><br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc | CHARLENE M. MORROW (CSB NO. 136411)<br>cmorrow@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB NO. 168633)<br>vdemarchi@fenwick.com<br>HECTOR J. RIBERA (CSB NO. 221511)<br>hribera@fenwick.com<br>RAVI RANGANATH (CSB NO. 272981)<br>rranganath@fenwick.com<br>YIXIN ZHANG (CSB No. 270527)<br>yzhang@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California  94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Attorneys for Defendants<br>LSI Corporation and<br>Agere Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>       Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [P~~RO~~POSED] ORDER REGARDING SECOND AMENDMENT TO JANUARY 31, 2012 CASE MANAGEMENT ORDER**<br><br>Trial Date: None set |

   Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth

below.

WHEREAS, the Court, by Order dated January 31, 2012 [Dkt. No. 84], issued a Case Management Order setting forth the case schedule through claim construction;

WHEREAS, the Court, by Order dated March 26, 2012 [Dkt. No. 92], amended that schedule;

WHEREAS, at the Further Case Management Conference on June 19, 2012 [Dkt. No. 119], the Court directed the parties to submit a joint stipulation with a revised case schedule incorporating deadlines for Plaintiffs to respond to Defendants' Interrogatory Nos. 9, 13, 15, and 16 and for Defendants to respond to Plaintiffs' Patent Local Rule 3-3 disclosures;

WHEREAS, Plaintiffs have agreed to serve substantive responses to Defendants' Interrogatory Nos. 9, 13, 15 and 16 on or before September 24, 2012, the date they are due to serve their invalidity contentions and related disclosures pursuant to Patent Local Rules 3-3 and 3-4;

WHEREAS, Defendants have agreed to provide on or before November 5, 2012 a substantive response to each of Plaintiffs' invalidity contentions, including but not limited to an explanation of why Defendants contend that the prior art cited in Plaintiffs' invalidity contentions does not render each asserted claim anticipated or obvious;

WHEREAS, at the Further Case Management Conference on June 19, 2012 [Dkt. No. 119], the parties and the Court agreed that material presented at the technology tutorial would not be admissible for any purpose or be used during cross-examination;

THE PARTIES HEREBY STIPULATE that, in view of the foregoing, material presented at the technology tutorial shall not be admissible for any purpose or be used during cross examination, and the case schedule shall be modified as set forth below:

| Event | Proposed Date | |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production | 7/23/12 | |
| Disclosure of Invalidity Contentions and Accompanying Document Production | 9/24/12 | |
| Plaintiffs to Provide Substantive Responses to Defendants' Interrogatory Nos. 9, 13, 15 and 16 | 9/24/12 | |
| Exchange Proposed Terms and Claim Elements for Construction | 10/25/12 | |
| Defendants to Provide Substantive Responses to Plaintiffs' Invalidity Contentions | 11/5/12 | |
| Exchange Preliminary Claim Constructions and Supporting References | 11/15/12 | |
| File Joint Claim Construction and Prehearing Statement | 12/13/12 | |
| ADR Deadline | 12/21/12 | |
| Completion of Claim Construction Discovery | 1/10/13 | |
| Serve and File Opening Claim Construction Brief | 1/24/13 | |
| Serve and File Claim Construction Response Brief | 2/7/13 | |
| Serve and File Claim Construction Reply Brief | 2/14/13 | |
| Serve and File Claim Construction Sur-Reply Brief | 2/21/13 | |
| Tutorial (subject to the Court's availability) | 2/25/13 & 2/26/13 | (2:30-4:30pm) |
| Claim Construction Hearing (subject to the Court's availability) | 3/11/13, 3/12/13 & 3/13/13 | (9:30-4:30pm) (9:30-1:30pm) |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| 1 | Dated: July 19, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | | Ravi Ranganath<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems Inc. |
| 5 | Dated: July 19, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | |
| 7 | | |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

3 perjury that the concurrence in the filing of this document has been obtained from its signatories.

4

5 Dated: July 19, 2012                FENWICK & WEST LLP

6

7                                     By: */s/ Ravi Ranganath*
                                          Ravi Ranganath
8                                         Attorneys for Defendants
                                          LSI Corporation and Agere Systems Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION REGARDING TIME FOR
PATENT LOCAL RULE DISCLOSURES           5           CASE NO.: 11-CV-02709 EMC