1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    John B. Quinn (Bar No. 90378)
3  865 S Figueroa St 10th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5  Email: johnquinn@quinnemanuel.com

6
     David Eiseman (Bar No. 114758)
7    Melissa J. Baily (Bar No. 237649)
     Carl G. Anderson (Bar No. 239927)
8  50 California Street, 22nd Floor
   San Francisco, California 94111
9  Telephone: (415) 875 6600
   Facsimile: (415) 875 6700
10 Email: davideiseman@quinnemanuel.com
          melissabaily@quinnemanuel.com
11        carlanderson@quinnemanuel.com

12 Attorneys for Plaintiffs
   Barnes & Noble, Inc. and
13 barnesandnoble.com llc

   CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
   VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
   HECTOR J. RIBERA (CSB NO. 221511)
   hribera@fenwick.com
   RAVI RANGANATH (CSB NO. 272981)
   rranganath@fenwick.com
   YIXIN ZHANG (CSB No. 270527)
   yzhang@fenwick.com
   FENWICK & WEST LLP
   Silicon Valley Center
   801 California Street
   Mountain View, California 94041
   Telephone: (650) 988-8500
   Facsimile: (650) 938-5200

   Attorneys for Defendants
   LSI Corporation and
   Agere Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PRO~~POS~~ED] ORDER REGARDING THIRD AMENDMENT TO JANUARY 31, 2012 CASE MANAGEMENT ORDER** (Modified)<br><br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth below.

1   WHEREAS, the Court, by Order dated January 31, 2012 [Dkt. No. 84], issued a Case
2   Management Order setting forth the case schedule through claim construction;

3   WHEREAS, the Court, by Order dated March 26, 2012 [Dkt. No. 92], amended that
4   schedule;

5   WHEREAS, the Court, by Order dated July 23, 2012 [Dkt. No. 123] further amended the
6   case schedule, incorporating deadlines for Plaintiffs to respond to Defendants' Interrogatory Nos.
7   9, 13, 15, and 16 and for Defendants to respond to Plaintiffs' Patent Local Rule 3-3 disclosures;

8   WHEREAS, Plaintiffs have requested an approximately one-month extension to the case
9   schedule in order to accommodate scheduling difficulties due to Plaintiffs' counsels' obligations
10  in other matters;

11  WHEREAS, Defendants do not object to the extension of the case schedule, provided the
12  Court is available on the alternative dates it had previously suggested to the parties for claim
13  construction and the tutorial;

14  THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
15  the case schedule shall be modified as set forth below:

| Event | Proposed Date |
|---|---|
| Disclosure of Invalidity Contentions and Accompanying Document Production | 10/24/12 |
| Plaintiffs to Provide Substantive Responses to Defendants' Interrogatory Nos. 9, 13, 15 and 16 | 10/24/12 |
| Exchange Proposed Terms and Claim Elements for Construction | 11/30/12 |
| Defendants to Provide Substantive Responses to Plaintiffs' Invalidity Contentions | 12/5/12 |
| Exchange Preliminary Claim Constructions and Supporting References | 12/21/12 |
| File Joint Claim Construction and Prehearing Statement | 1/18/13 |
| ADR Deadline | 1/25/13 |
| Completion of Claim Construction Discovery | 2/15/13 |
| Serve and File Opening Claim Construction Brief | 3/1/13 |
| Serve and File Claim Construction Response Brief | 3/15/13 |
| Serve and File Claim Construction Reply Brief | 3/22/13 |
| Serve and File Claim Construction Sur-Reply Brief | 3/29/13 |
| Tutorial (subject to the Court's availability) | 4/22/13 & 4/23/13 |
| Claim Construction Hearing (subject to the Court's availability) | 4/29/13, 4/30/13, and 5/1/13 |

(4/22 9:30-4:30)
(4/23 9:30-1:30)
(4/29 and 4/30 - 9:30-4:30
4/30 9:30-1:30)

| | | |
|---|---|---|
| 1 | Dated: September 5, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | | Ravi Ranganath<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems Inc. |
| 5 | Dated: September 5, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION REGARDING TIME FOR
PATENT LOCAL RULE DISCLOSURES

4

CASE NO.: 11-CV-02709 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 5, 2012  FENWICK & WEST LLP

By: */s/ Ravi Ranganath*
Ravi Ranganath
Attorneys for Defendants
LSI Corporation and Agere Systems Inc.