QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)

865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com

   David Eiseman (Bar No. 114758)
   Melissa J. Baily (Bar No. 237649)
   Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
           melissabaily@quinnemanuel.com
           carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS INC.,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SUBSTITUTING AGERE SYSTEMS LLC FOR AGERE SYSTEMS INC. AS DEFENDANT AND COUNTERCLAIMANT PURSUANT TO FED. R. CIV. P. 25(C)**<br><br>Trial Date: None set |

Pursuant to Local Rule 7-12, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc and Defendants LSI Corporation and Agere Systems Inc. (collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited below.

WHEREAS, on July 24, 2012, Agere Systems Inc. executed and filed with the Secretary

of State of the State of Delaware a Certificate of Conversion, pursuant to which Agere Systems Inc. was converted from a corporation to a limited liability company and changed its name to Agere Systems LLC;

And WHEREAS, Agere Systems LLC has become the real party in interest instead of Agere Systems, Inc. in this litigation;

THE PARTIES HEREBY STIPULATE THAT, in view of the foregoing, pursuant to Fed. R. Civ. P. 25(c), Agere Systems LLC shall be substituted for Defendant and Counterclaimant Agere Systems Inc. in the above captioned action.

Dated: September 6, 2012          FENWICK & WEST LLP

By: */s/ Ravi Ranganath*
    Ravi Ranganath
    Attorneys for Defendants
    LSI Corporation, Agere Systems Inc.

Dated: September 6, 2012          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Carl G. Anderson*
    Carl G. Anderson
    Attorneys for Plaintiffs
    Barnes & Noble, Inc. and
    barnesandnoble.com llc

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED.
Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 6, 2012              FENWICK & WEST LLP


                                      By: */s/ Ravi Ranganath*
                                          Ravi Ranganath
                                          Attorneys for Defendants
                                          LSI Corporation and Agere Systems Inc.