UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARNES & NOBLE, INC., *et al.*,

    Plaintiffs,

    v.

LSI CORPORATION, *et al.*,

    Defendants.

No. C-11-2709 EMC

**ORDER RE MOTION FOR EXTENSION OF TIME AND MOTION TO FILE UNDER SEAL**

On December 12, 2012, Defendant filed a motion for extension of time to conduct mediation in this matter, and an unopposed motion to file under seal certain exhibits to the motion for extension of time. Docket Nos. 141, 143. The currently set mediation deadline is January 25, 2013; the parties are currently scheduled for a mediation on January 17, 2013.

Plaintiff is **ORDERED** to file any response to the motion for extension of time by December 19, 2012. No reply will be permitted.

The motion to file under seal provides no explanation of how the materials sought to be filed under seal comply with the requirements of Local Rule 79-5. Defendant may provisionally file under seal these exhibits, but is **ORDERED** to file an explanation of how the exhibits qualify as sealable under Local Rule 79-5 by December 19, 2012.

IT IS SO ORDERED.

Dated: December 17, 2012

_____
EDWARD M. CHEN
United States District Judge