UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNES & NOBLE, INC., *et al.*, | No. C-11-2709 EMC |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| LSI CORPORATION, *et al.*, | |
| Defendants. _____/ | **(Docket No. 159)** |

Pursuant to Local Rule 72-2, Defendant LSI has filed a motion for relief from a nondispositive order issued by Magistrate Judge Beeler on December 23, 2012. Docket No. 159 (requesting relief from order at Docket No. 153). Any party who wishes to file an opposition to this motion may do so by February 7, 2013. Defendant LSI may then file a response by February 14, 2013. No hearing will be set on this motion at this time.

IT IS SO ORDERED.

Dated: January 24, 2013

_____
EDWARD M. CHEN
United States District Judge