1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  Shon Morgan (Bar No. 187736)
3  865 S Figueroa St 10th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5  Email: johnquinn@quinnemanuel.com
          shonmorgan@quinnemanuel.com
6
   David Eiseman (Bar No. 114758)
7  Melissa J. Baily (Bar No. 237649)
   Carl G. Anderson (Bar No. 239927)
8  50 California Street, 22nd Floor
   San Francisco, California 94111
9  Telephone: (415) 875 6600
   Facsimile: (415) 875 6700
10 Email: davideiseman@quinnemanuel.com
          melissabaily@quinnemanuel.com
11        carlanderson@quinnemanuel.com

12 Attorneys for Plaintiffs
   Barnes & Noble, Inc. and
13 barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO SEPTEMBER 5, 2012 CASE MANAGEMENT ORDER**<br><br>Trial Date: None set<br><br>AMENDED ORDER |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth

<mark>
<mark>
</mark>
</mark>

1. below.

2. WHEREAS, the Parties filed a Joint Claim Construction and Prehearing Statement (the "JCCS") on January 18, 2013 [Dkt. No. 163];

3. WHEREAS, the Court, by Order dated September 5, 2012 [Dkt. No. 132], set certain deadlines in the case, including the completion of claim construction discovery by February 15, 2013;

4. WHEREAS, the Court has scheduled a further case management conference for February 28, 2013 [Dkt. No. 147];

5. WHEREAS, in the JCCS, the Parties stated their respective positions regarding expert witness testimony on claim construction, but did not agree as to whether extrinsic evidence in the form of expert testimony is necessary or appropriate in the present case [Dkt. No. 163 at 6-8];

6. WHEREAS, neither Party has served an expert report or declaration including expert witness testimony on claim construction;

7. WHEREAS, the Parties have met and conferred and agreed that, in the event either Party submits a declaration including expert testimony in support of a claim construction brief, that expert will be made available for deposition before the opposing Party's next claim construction brief is due, at a time and place mutually convenient for the Parties;

8. WHEREAS, the Parties agree that, in view of the foregoing, the date set by the Court for the completion of claim construction discovery shall be extended by a period of forty-nine days until April 5, 2013;

9. WHEREAS, the Parties do not expect that this proposed extension will impact any other dates already fixed by Court Order;

THE PARTIES HEREBY STIPULATE that the deadline for the completion of claim construction discovery, currently set for February 15, 2013, shall be extended to April 5, 2013.

STIPULATION REGARDING CLAIM CONSTRUCTION DISCOVERY    2    CASE NO.: 11-CV-02709 EMC

| | | |
|---|---|---|
| 1 | Dated: February 13, 2013 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | | Ravi Ranganath<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems LLC |
| 5 | Dated: February 13, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | |
| 7 | | |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc |

PURSUANT TO STIPULATION, IT IS SO
ORDERED.   All other deadlines are set as follows*
Further CMC is reset from 2/28/13 to
4/11/13 at 10:30 a.m.

_____
Edward M. Chen
United States District Judge

*4/5/13 - Completion of claim construction discovery
4/19/13 - Serve and file opening claim construction brief
5/3/13 - Serve and file claim construction response brief
5/10/13 - Serve and file claim construction reply brief
5/17/13 - Serve and file claim construction sur-reply brief
~~6/7/13 (9:30 a.m. - 4:30 p.m.)~~            - Tutorial    6/21/13 10:00 a.m.-4:30 p.m.
~~6/10 & 6/11/13 (9:30 a.m. - 4:30 p.m.)~~ - Claim construction hearing    7/5/13 10:00a.m.-4:30 p.m.
                                                                                                                7/8/13  2:30p.m.-4:30 p.m.

STIPULATION REGARDING CLAIM
CONSTRUCTION DISCOVERY                        3                    CASE NO.:  11-CV-02709 EMC

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of
3 perjury that the concurrence in the filing of this document has been obtained from its signatories.

5 Dated: February 13, 2013          FENWICK & WEST LLP

7          By: */s/ Ravi Ranganath*
             Ravi Ranganath
8              Attorneys for Defendants
             LSI Corporation and Agere Systems LLC