QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  John B. Quinn (Bar No. 90378)
  Shon Morgan (Bar No. 187736)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com
         shonmorgan@quinnemanuel.com

  David Eiseman (Bar No. 114758)
  Melissa J. Baily (Bar No. 237649)
  Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
         melissabaily@quinnemanuel.com
         carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO.
136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO.
168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BARNES & NOBLE, INC. and
BARNESANDNOBLE.COM LLC,

                              Plaintiffs,

          v.

LSI CORPORATION and
AGERE SYSTEMS LLC,

                              Defendants.

Case No. 11-cv-02709 EMC

**REVISED JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
AMENDMENT TO FEBRUARY 15, 2013
CASE MANAGEMENT ORDER**

Trial Date: None set

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc

("Plaintiffs") and Defendants LSI Corporation and Agere Systems LLC ("Defendants")

(collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited

1   below and jointly request that the Court amend the current case management schedule as set forth

2   below.

3          WHEREAS, the Court, by Order dated February 15, 2013 (Dkt. No. 179), reset the date

4   for the claim construction hearing to July 5, 2013 and July 8, 2013;

5          WHEREAS, David Eiseman of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for

6   Plaintiffs in this matter, is unavailable July 5, 2013 due to a previously scheduled commitment;

7          WHEREAS, the Parties have met and conferred to discuss and confirm their mutual

8   availability for potential alternative dates;

9          WHEREAS, on March 11, 2013, the Parties discussed available dates with the Court's

10  Courtroom Deputy, who suggested the following dates and times:

11         Technical tutorial - July 1, 2013, 10:00 a.m.

12         Claim construction hearing - July 22, 2013, 1:00 p.m. and July 23, 2013, 9:30 a.m.;

13         WHEREAS, the Parties are agreeable to these suggested hearing dates, subject to the

14  Court's convenience;

15         FURTHERMORE, on March 14, 2013, the parties submitted a joint stipulation to the

16  above dates (Dkt. No. 191), in response to which the Court requested that the parties meet and

17  confer and re-submit a new stipulation including a new briefing schedule;

18         WHEREAS, the Parties have met and conferred to discuss and confirm a new briefing

19  schedule as below:

20         May 10, 2013  Opening Claim Construction Brief

21         May 24, 2013  Responsive Claim Construction Brief

22         June 4, 2013    Reply Claim Construction Brief

23         June 14, 2013  Surreply Claim Construction Brief and Claim Construction Discovery

24  Cutoff

25         WHEREAS, the Parties do not expect that these revisions will impact any other dates

26  already fixed by Court Order;

27         THE PARTIES HEREBY STIPULATE, subject to Court approval, to the following

28

REVISED STIPULATION REGARDING
AMENDMENT TO FEBRUARY 15, 2013          2          CASE NO.:  11-CV-02709 EMC
CASE MANAGEMENT ORDER

revised dates:

      May 10, 2013  Serve and File Opening Claim Construction Brief

      May 24, 2013  Serve and File Responsive Claim Construction Brief

      June 4, 2013   Serve and File Reply Claim Construction Brief

      June 14, 2013  Serve and File Surreply Claim Construction Brief and Claim Construction Discovery Cutoff

      The technical tutorial, currently set for June 21, 2013, shall be continued to July 1, 2013 ~~at 10.00 a.m.~~ and July 2, 2013 at 2:30 p.m.

      The claim construction hearing, currently set for July 5 and July 8, 2013, shall be continued to ~~July 22, 2013 at 1.00 p.m. and July 23, 2013 at 9:30 a.m.~~ July 22, 23 and 26, 2013 at 2:30 p.m.

1   Dated: March 25, 2013                    FENWICK & WEST LLP

2

3                                            By: /s/ Ravi Ranganath

4                                                 Ravi Ranganath
                                                  Attorneys for Defendants
                                                  LSI Corporation and Agere Systems LLC
5
    Dated: March 25, 2013                    QUINN EMANUEL URQUHART &
6                                            SULLIVAN, LLP

7

8                                            By: /s/ Carl G. Anderson

9                                                 Carl G. Anderson
                                                  Attorneys for Plaintiffs
                                                  Barnes & Noble, Inc. and
10                                                barnesandnoble.com llc

11

12

13

14

15  PURSUANT TO STIPULATION, IT IS SO
    ORDERED.

16

17

18  Edward M. Chen
    United States Dis

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION REGARDING
AMENDMENT TO FEBRUARY 15, 2013          4          CASE NO.:  11-CV-02709 EMC
CASE MANAGEMENT ORDER

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 25, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Carl G. Anderson*
Carl G. Anderson
Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc