QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)

865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com

David Eiseman (Bar No. 114758)
Melissa J. Baily (Bar No. 237649)
Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
melissabaily@quinnemanuel.com
carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,

Plaintiffs,

v.

LSI CORPORATION and AGERE SYSTEMS LLC,

Defendants.

Case No. 11-cv-02709 EMC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO MARCH 25, 2013 CASE MANAGEMENT ORDER**

Trial Date: None set

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth below.

WHEREAS, the Court, by Order dated March 25, 2013 (Dkt. No. 193), reset the dates for the briefing schedule for claim construction, under which LSI's opening claim construction brief is due May 10, 2013;

WHEREAS, a hearing is scheduled for May 16, 2013 on Defendants' Motion for Leave to Amend Infringement Contentions and Counterclaims (Dkt. No. 200) ("Motion for Leave");

WHEREAS, as stated in briefing submitted in connection with LSI's Motion for Leave, the Parties have agreed that if the Court grants LSI's Motion for Leave, then the parties will propose a consolidated claim construction briefing schedule for Defendants' Asserted and Supplemental Patents;

WHEREAS, Plaintiffs do not agree with Defendants' proposal regarding further scheduling (Dkt. No. 212 at 3);

WHEREAS the Parties anticipate that, if the Court grants LSI's Motion for Leave, then the Parties will meet and confer and advise the Court regarding an appropriate schedule for further consolidated proceedings on Defendants' Asserted and Supplemental Patents;

WHEREAS, the Parties have met and conferred to discuss a proposal that all claim construction briefing be stayed pending resolution of LSI's Motion for Leave, or in the alternative, to extend claim construction briefing deadlines on an interim basis for a minimum of one week in light of the May 16, 2013 hearing date;

WHEREAS, the Parties do not expect that these revisions will impact any other dates already fixed by Court Order;

THE PARTIES HEREBY STIPULATE, subject to Court approval, that claim construction briefing will be temporarily stayed pending resolution of LSI's Motion for Leave;

FURTHERMORE the parties request, in the alternative, that all claim construction briefing deadlines be extended on an interim basis by one week.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Case3:11-cv-02709-EMC Document218 Filed05/07/13 Page3 of 4

Dated: May 6, 2013

FENWICK & WEST LLP

By: */s/ Ravi Ranganath*
Ravi Ranganath
Attorneys for Defendants
LSI Corporation and Agere Systems LLC

Dated: May 6, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Carl G. Anderson*
Carl G. Anderson
Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

PURSUANT TO STIPULATION, IT IS SO ORDERED. (as modified above)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

The Honorable Edward M. Chen
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

REVISED STIPULATION REGARDING AMENDMENT TO MARCH 25, 2013 CASE MANAGEMENT ORDER

3

CASE NO.: 11-CV-02709 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 6, 2013

FENWICK & WEST LLP

By: */s/ Ravi Ranganath*
Ravi Ranganath
Attorneys for Defendants
LSI Corporation and Agere Systems LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW