QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  John B. Quinn (Bar No. 90378)
  Shon Morgan (Bar No. 187736)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  johnquinn@quinnemanuel.com

  David Eiseman (Bar No. 114758)
  Melissa J. Baily (Bar No. 237649)
  Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875 6600
Facsimile:  (415) 875 6700
Email:  davideiseman@quinnemanuel.com
        melissabaily@quinnemanuel.com
        carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
RAVI RANGANATH (CSB NO. 272981)
rrranganath@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND COUNTERCLAIMS [DKT. NO. 200]**<br><br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, the "Parties"), stipulate as recited below.

Regarding Defendants' Motion for Leave to Amend Infringement Contentions and Counterclaims (Dkt. No. 200) ("Motion for Leave"), the parties stipulate that the Motion for

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Leave may be GRANTED by the Court.

The Parties further stipulate to consolidated claim construction proceedings for the Asserted Patents[1] and Supplemental Patents[2], following service of Patent Local Rule disclosures for the Supplemental Patents.

The Parties propose the following schedule for Patent Local Rule disclosures regarding the Supplemental Patents and for consolidated claim construction briefing, tutorial and hearing with respect to disputed claim terms for construction in both the Asserted Patents and the Supplemental Patents for the Court's consideration:

| | |
|---|---|
| May 20, 2013: | Defendants to serve and file amended counterclaims |
| June 20, 2013: | Plaintiffs to serve and file a response to Defendants' amended counterclaims |
| July 1, 2013: | Defendants to serve infringement contentions and disclosures pursuant to Patent L.R. 3-1and 3-2 related to Supplemental Patents |
| September 13, 2013: | Plaintiffs to serve invalidity contentions and disclosures pursuant to Patent L.R. 3-3 and 3-4 related to Supplemental Patents |
| September 27, 2013: | Parties to exchange proposed terms for construction related to Supplemental Patents |
| October 18, 2013: | Parties to exchange of preliminary claim constructions and extrinsic evidence related to Supplemental Patents |
| November 12, 2013: | Parties to serve and file joint claim construction and prehearing statement related to Asserted and Supplemental Patents |
| January 3, 2014: | Defendants to serve and file opening claim construction brief related to Asserted and Supplemental Patents |
| January 24, 2014: | Plaintiffs to serve and file responsive claim construction brief related to Asserted and Supplemental Patents |
| February 14, 2014: | Defendants to serve and file reply claim construction brief related to Asserted and Supplemental Patents |
| February 24, 2014: | Plaintiffs to serve and file surreply claim construction brief related |

[1] The Asserted Patents are:  U.S. Patent No. 5,670,730, U.S. Patent 6,452,958, U.S. Patent No. 6,707,867, U.S. Patent No. 5,546,420, and U.S. Patent No. 5,920,552.

[2] The Supplemental Patents are:  U.S. Patent No. 6,982,663, U.S. Patent No. 5,870,087, U.S. Patent No. 5,568,167, U.S. Patent No. 5,452,006, and U.S. Patent No. 8,041,394.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

to Asserted and Supplemental Patents; claim construction discovery cutoff

~~Week of March 10, 2014~~:
3/10/14 at 2:30 p.m.
3/11/14 at 3:00 p.m.
~~Week of March 24, 2014~~:
3/24/14 at 2:30 p.m.
3/25/14 at 3:00 p.m.

Technical tutorial related to Asserted and Supplemental Patents, subject to the Court's availability

Claim construction hearing related to Asserted and Supplemental Patents, subject to the Court's availability

Dated: May 15, 2013

FENWICK & WEST LLP

By: */s/ Virginia K. DeMarchi*
Virginia K. DeMarchi
Attorneys for Defendants
LSI Corporation and Agere Systems LLC

Dated: May 15, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Carl G. Anderson*
Carl G. Anderson
Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

PURSUANT TO STIPULATION, IT IS SO ORDERED.    (as modified above)

The Honorable Edward M. Chen
United States District

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 15, 2013                    FENWICK & WEST LLP


By:  */s/Virginia K. DeMarchi*
Virginia K. DeMarchi
Attorneys for Defendants
LSI Corporation and Agere Systems LLC