1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
2     John B. Quinn (Bar No. 90378)

3    865 S Figueroa St 10th Floor
    Los Angeles, CA 90017
4    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
5    Email: johnquinn@quinnemanuel.com

6

    David Eiseman (Bar No. 114758)
7     Melissa J. Baily (Bar No. 237649)
    Carl G. Anderson (Bar No. 239927)
8    50 California Street, 22nd Floor
    San Francisco, California 94111
9    Telephone: (415) 875 6600
    Facsimile: (415) 875 6700
10   Email: davideiseman@quinnemanuel.com
            melissabaily@quinnemanuel.com
11          carlanderson@quinnemanuel.com

12   Attorneys for Plaintiffs
    Barnes & Noble, Inc. and
13   barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and
Agere Systems LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>             Plaintiffs,<br><br>    v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>             Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PR~~OPO~~SED] ORDER REGARDING AMENDMENT TO MARCH 25, 2013 CASE MANAGEMENT ORDER**<br><br>Trial Date: None set |

      Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth below.

JOINT STIPULATION RE AMENDMENT
TO 3/25/13 CASE MANAGEMENT ORDER            CASE NO.: 11-CV-02709 EMC

1    WHEREAS, the Court, by Order dated May 15, 2013 [Dkt. No. 221] amended the case

2 schedule to provide a schedule for Patent Local Rule disclosures regarding the Supplemental

3 Patents[1] and for consolidated claim construction briefing, tutorial and hearing with respect to

4 disputed claim terms in both the Asserted Patents[2] and Supplemental Patents;

5    WHEREAS, the Parties desire additional time consider certain discovery before

6 exchanging claim terms and proposed constructions;

7    WHEREAS, these revisions will not impact any other dates already fixed by Court order;

8    THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,

9 the case schedule shall be modified as set forth below:

|  | Current Date | Proposed New Date |
| --- | --- | --- |
| Parties to exchange proposed terms for construction related to the Supplemental Patents | September 27, 2013 | October 7, 2013 |
| Parties to exchange preliminary claim constructions and extrinsic evidence related to the Supplemental Patents | October 18, 2013 | October 24, 2013 |
| Parties to serve and file joint claim construction and prehearing statement related to Asserted and Supplemental Patents | November 12, 2013 | November 15, 2013 |

---

[1] The Supplemental Patents are: U.S. Patent No. 6,982,663, U.S. Patent No. 5,870,087, U.S. Patent No. 5,452,006, and U.S. Patent No. 8,041,394.

[2] The Asserted Patents are: U.S. Patent No. 5,670,730, U.S. Patent 6,452,958, U.S. Patent No. 6,707,867, U.S. Patent No. 5,546,420, and U.S. Patent No. 5,920,552.

JOINT STIPULATION RE AMENDMENT
TO 3/25/13 CASE MANAGEMENT ORDER     2     CASE NO.: 11-CV-02709 EMC

Fenwick & West LLP
Attorneys At Law
Mountain View

| | | |
|---|---|---|
| 1 | Dated:  September 27, 2013 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Bryan A. Kohm* |
| 4 | | Bryan A. Kohm<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems LLC |
| 5 | | |
| 6 | Dated: September 27, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ Carl G. Anderson*
Carl G. Anderson
Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION RE AMENDMENT
TO 3/25/13 CASE MANAGEMENT ORDER        3        CASE NO.:  11-CV-02709 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 27, 2013    FENWICK & WEST LLP

By: */s/ Bryan A. Kohm*
    Bryan A. Kohm
    Attorneys for Defendants
    LSI Corporation and Agere Systems LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION RE AMENDMENT
TO 3/25/13 CASE MANAGEMENT ORDER

4

CASE NO.: 11-CV-02709 EMC