UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNES & NOBLE, INC., *et al.*, | No. C-11-2709 EMC |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| LSI CORPORATION, *et al.*, | |
| Defendants. | **(Docket No. 248)** |

Pending before the Court is Defendants' motion seeking relief from certain aspects of Magistrate Judge Beeler's September 13, 2013 discovery order. Plaintiffs are ordered to file a response to this motion within 7 days of this order. Plaintiffs' response shall not exceed 10 pages, double-spaced. No reply shall be filed.

IT IS SO ORDERED.

Dated: October 7, 2013

_____
EDWARD M. CHEN
United States District Judge