UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNES & NOBLE, INC., *et al.*, | No. C-11-2709 EMC |
| Plaintiffs, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| LSI CORPORATION, *et al.*, | |
| Defendants. | **(Docket No. 248)** |

After reviewing the parties' papers and the relevant case law cited, the Court **DENIES** Defendants LSI Corporation and Agere Systems LLC's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. Dkt. No. 248. Defendants have failed to show that Judge Beeler's September 13, 2013 Discovery Order (Dkt. No. 243) is clearly erroneous or contrary to law.

This order disposes of Docket Nos. 248.

IT IS SO ORDERED.

Dated: December 12, 2013

_____
EDWARD M. CHEN
United States District Judge