| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  John B. Quinn (Bar No. 90378)<br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: johnquinn@quinnemanuel.com<br><br>  David Eiseman (Bar No. 114758)<br>  Melissa J. Baily (Bar No. 237649)<br>  Carl G. Anderson (Bar No. 239927)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700<br>Email: davideiseman@quinnemanuel.com<br>         melissabaily@quinnemanuel.com<br>         carlanderson@quinnemanuel.com<br><br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc | CHARLENE M. MORROW (CSB NO. 136411)<br>cmorrow@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB NO. 168633)<br>vdemarchi@fenwick.com<br>HECTOR J. RIBERA (CSB NO. 221511)<br>hribera@fenwick.com<br>DAVID D. SCHUMANN (CSB No. 221511)<br>dschumann@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>Attorneys for Defendants<br>LSI Corporation and<br>Agere Systems LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>            Defendants. | Case No.: 11-CV-02709 EMC LB<br><br>**[PR~~OPO~~OSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO INCREASE PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**<br><br>DENIED<br>Judge Edward M. Chen |

Having reviewed the papers submitted by the parties in connection with the Joint Administrative Motion for Leave to Increase Page Limits for Claim Construction Briefing, the Court is of the opinion that said Motion should be GRANTED. IT IS HEREBY ORDERED THAT:

1  The Joint Administrative Motion for Leave to Increase Page Limits for Claim

2  Construction Briefing is GRANTED. Opening and responsive claim construction briefs shall be

3  limited to 55 pages and reply and sur-reply claim construction briefs shall be limited to 30 pages.

5  IT IS SO ORDERED.

7  Dated: 12/20/13   _____



Judge Edward M. Chen
United States District Judge

[PROPOSED] ORDER GRANTING JOINT
ADMIN MOTION TO INCREASE PAGE     2      CASE NO.: 11-CV-02709 EMC LB
LIMITS