UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARNES & NOBLE, INC., *et al.*,

        Plaintiffs,

    v.

LSI CORPORATION, *et al.*,

        Defendants.
_____/

No. C-11-2709 EMC

**ORDER RE CLAIM CONSTRUCTION HEARING**

A claim construction hearing is currently scheduled for Tuesday, March 25, 2013. The Court intends to construe thirteen terms at this point. Accordingly, the parties shall be prepared to argue the following terms at the claim construction hearing:

1. "first header" / "global header" ('730 Patent)

2. "code" ('958 Patent)

3. "wherein the timestamp accounts for delays due to a busy signal on a medium access protocol" / "accounts for delays" ('867 Patent)

4. "a timestamp having a value m for synchronizing a receiver timer with the transmitter timer, wherein the timestamp represents a value within a count sequence of a timer in the transmitter" / "a receiver counter that counts up to n counts" ('867 Patent)

5. "single memory" / "first unified memory" ('087 Patent)

6. "controlling operations accesses code and data from said first unified memory." "operates using a first unified memory," "operates using said first unified memory" ('087 Patent)

7. "MPEG encoded stream" / "demultiplexing one or more multimedia data streams from the encoded stream" ('087 Patent)

8. "first segment of the signal" / "second segment of the signal" and "first received segment of the signal" / "second received segment of the signal" ('420 Patent)

9. "multiple antenna communication system" ('394 Patent)

10. "performing an Inverse Fast Fourier Transformation on said K signals to generate a signal comprising K different frequencies" ('394 Patent)

11. "when" ('552 Patent)

12. "further parsing the bitstream" ('006 Patent)

13. "setting said index value to a threshold" ('663 Patent)

IT IS SO ORDERED.

Dated: March 24, 2013

_____
EDWARD M. CHEN
United States District Judge