QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnquinn@quinnemanuel.com

David Eiseman (Bar No. 114758)
Melissa J. Baily (Bar No. 237649)
Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700
Email: davideiseman@quinnemanuel.com
       melissabaily@quinnemanuel.com
       carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
DAVID D. SCHUMANN (CSB NO. 223936)
dschumann@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
LSI Corporation and Agere Systems LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. 11-cv-02709 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc ("Plaintiffs") and Defendants LSI Corporation and Agere Systems Inc. ("Defendants") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth below.

WHEREAS, the Court held a case management conference on April 22, 2014 to discuss a

1  case schedule following its order on claim construction, issued April 7, 2014 (Dkt. No. 303);

2  WHEREAS, at the April 22, 2014 case management conference, the Court directed that a
3  further case management conference be held on May 29, 2014;

4  WHEREAS, following submission of letter briefs as directed by the Court at the April 22,
5  2014 case management conference, the Court issued a case scheduling order on May 16, 2014,
6  directing further briefing by the parties regarding claim construction and setting a further claim
7  construction hearing for July 21, 2014 (Dkt. No. 313);

8  WHEREAS, the Court's May 16, 2014 order also directed LSI to elect limited asserted
9  patents and claims for a first phase of the case within two weeks of the Court's issuance of a
10 claim construction order, and B&N to elect limited prior art references within two weeks of LSI's
11 election;

12 WHEREAS, in light of the further claim construction proceedings set by the Court, the
13 parties agree that further efforts to set a case schedule would be more productive following a
14 further claim construction order and the parties' elections;

15 WHEREAS, the parties expect that these elections will take place prior to August 28,
16 2014;

17 THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
18 the case management conference currently set for May 29, 2014 be continued to August 28, 2014.

| | | |
|---|---|---|
| 1 | Dated:  May 21, 2014 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi Ranganath* |
| 4 | | Ravi Ranganath<br>Attorneys for Defendants<br>LSI Corporation and Agere Systems LLC |
| 5 | | |
| 6 | Dated: May 21, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | By: */s/ Carl G. Anderson* |
| 9 | | Carl G. Anderson<br>Attorneys for Plaintiffs<br>Barnes & Noble, Inc. and<br>barnesandnoble.com llc |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 21, 2014                           FENWICK & WEST LLP

                                              By: */s/ Ravi Ranganath*
                                                  Ravi Ranganath
                                                  Attorneys for Defendants
                                                  LSI Corporation and Agere Systems LLC