1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  johnquinn@quinnemanuel.com

David Eiseman (Bar No. 114758)
Melissa J. Baily (Bar No. 237649)
Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875 6600
Facsimile:  (415) 875 6700
Email: davideiseman@quinnemanuel.com
          melissabaily@quinnemanuel.com
          carlanderson@quinnemanuel.com

Attorneys for Plaintiffs
Barnes & Noble, Inc. and
barnesandnoble.com llc

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
DAVID D. SCHUMANN (CSB NO. 223936)
dschumann@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendants
LSI Corporation and Agere Systems LLC

*FENWICK & WEST LLP*
*ATTORNEYS AT LAW*
*MOUNTAIN VIEW*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BARNES & NOBLE, INC. and
BARNESANDNOBLE.COM LLC,

    Plaintiffs,

v.

LSI CORPORATION and
AGERE SYSTEMS LLC,

    Defendants.

Case No. 11-cv-02709 EMC-LB

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

    Defendants Agere Systems LLC and LSI Corporation, and plaintiffs Barnes & Noble, Inc. and barnesandnoble.com llc, hereby stipulate and agree that all claims and counterclaims asserted in this action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties further stipulate and agree

that each party shall bear its own costs, expenses and attorneys' fees in this action.

Dated: June 6, 2014                    FENWICK & WEST LLP


By: _s/ Charlene M. Morrow_
      Charlene M. Morrow

Attorneys for Defendants
LSI Corporation and Agere Systems LLC

Dated: June 6, 2014                    QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


By: _s/ David Eiseman_
      David Eiseman

Attorneys for Plaintiffs
Barnes & Noble, Inc. and barnesandnoble.com llc

1

## **ATTESTATION**

2

     Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I attest under penalty of perjury that

3

the concurrence in the filing of this document has been obtained from its signatories.

4

Dated: June 6, 2014                          QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

5

6

7                                    By: *s/ David Eiseman*
                                        David Eiseman

8                                    Attorneys for Plaintiffs Barnes & Noble,
                                   Inc. and barnesandnoble.com llc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that, on June 6, 2014, I caused the foregoing **JOINT STIPULATION**

3  **FOR DISMISSAL WITHOUT PREJUDICE** to be served on Defendants' counsel via the

4  Court's ECF system.

5  DATED:  June 6, 2014

6

7                                    By  *s/ David Eiseman*

8                                          David Eiseman

9

10

11  IT IS SO ORDERED.  ALL DEADLINES AND HEARINGS ARE VACATED.

12  _____
    Edward M. Chen
13  U.S. District Judge



14  

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW